

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00347-CV

Steven **SCHAAF**,
Appellant

v.

**CHRISTUS SANTA ROSA HEALTH CARE CORPORATION** a/k/a Christus Santa Rosa
Health System and Christus Health,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19278
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of this appeal assessed against appellant, Steven Schaaf.

SIGNED October 27, 2021.

_____
Rebeca C. Martinez, Chief Justice